# United States District Court

FILED
JUL 28 2006
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

_____MIDDLE_____ DISTRICT OF _____ALABAMA_____

UNITED STATES OF AMERICA

v.

JOE BEN CONLEY

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 1:06mj74-DRB

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __July 27, 2006,__ in __Montgomery__ county, in the __Middle__ District of __Alabama__ defendant(s) did, (Track Statutory Language of Offense) travel in interstate commerce with intent to avoid prosecution,

in violation of Title __18__ United States Code, Section(s) __1073__

I further state that I am a(n) __Deputy U.S. Marshal__ and that this complaint is based on the following facts:
Official Title

See Attached Affidavit which is incorporated by reference herein

Continued on the attached sheet and made a part hereof:  ☒ Yes   ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

__JULY 28, 2006__ at __Montgomery, Alabama__
Date                                                          City and State

DELORES R. BOYD
United States Magistrate Judge
Name & Title of Judicial Officer

_____
Signature of Judicial Officer

## AFFIDAVIT

I, the undersigned affiant, being duly sworn state the following is true and correct to the best of my knowledge and belief. I am a Deputy United States Marshal assigned to the Gulf Coast Regional Fugitive Task Force, Montgomery, Alabama office.

On July 28, 2006, Robbery 1st warrants were issued for Joe Ben Conley by the Dothan Police Department. Conley was involved with other co-conspirators in a string of robberies that have been occurring in Southeast Alabama, Georgia, and Northwest Florida.

On July 27, 2006, Dothan Police spotted Conley and Davion Cooper in a bank parking lot switching tags on a vehicle. When police approached, Conley and Cooper fled in the vehicle. The Dothan Police gave chase and during the chase an SKS style assault weapon was thrown from the car. Conley and Cooper stopped their vehicle and fled on foot. Cooper was captured a short time later but Conley avoided capture. Cooper agreed to be interviewed by Dothan Police Detectives and has given information that has led to the arrest of Brandon Cooper and Conley's girlfriend, Cagney Sawyer. Dothan Police have uncovered evidence of Conley and Sawyer making bus trips to Pensacola as recently as July 20th. Sawyer has relatives living in the Pensacola Florida area.

On the evening of July 27th and the morning of July 28th, based on information provided by Davion Cooper, Dothan Police have served search warrants at various locations in the Dothan area attempting to locate Conley. Dothan Police Detectives have also conducted numerous interviews with known relatives and associates of Conley and have been unable to locate Conley.

Based on the aforementioned information, it is believed that Conley has fled the State of Alabama to avoid prosecution.

The Dothan Police Department advises that they will extradite Conley back to Dothan, Alabama to stand trial if he is located in another state.

Athen Reeves
Deputy United States Marshal
United States Marshals Service

Sworn to and subscribed before me this the 28th day of July, 2006.

United States Magistrate Judge