# United States District Court

_____MIDDLE_____ DISTRICT OF _____ALABAMA_____

UNITED STATES OF AMERICA

v.

JOE BEN CONLEY

**WARRANT FOR ARREST**

CASE NUMBER: 1:06mj74-DRB

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____Joe Ben Conley_____
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

travelling in interstate commerce with intent to avoid prosecution

in violation of Title _____18_____ United States Code, Section(s)___1073___

DELORES R. BOYD
Name of Issuing Officer

/s/ Delores R. Boyd
Signature of Issuing Officer

(By) Deputy Clerk

U.S. MAGISTRATE JUDGE
Title of Issuing Officer

JULY 28, 2006   MONTGOMERY, ALABAMA
Date and Location

Bail fixed at $ _____ by_____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |