IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR NO. 1:06mj74-DRB |
| | ) | |
| JOE BEN CONLEY | ) | |

MOTION TO DISMISS COMPLAINT

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and moves the Court to Dismiss the Complaint, heretofore filed, in the above-styled cause to Joe Ben Conley, on the following grounds, to wit: Conley has been apprehended.

Respectfully submitted this the 4th day of August, 2006.

LEURA G. CANARY
UNITED STATES ATTORNEY


/s/Tommie Brown Hardwick
TOMMIE BROWN HARDWICK
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334) 223-7280
FAX: (334) 223-7135
E-mail: tommie.hardwick@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR NO. 1:06mj74-DRB |
| | ) | |
| JOE BEN CONLEY | ) | |

## ORDER

Upon consideration of the Motion for Leave to Dismiss the Complaint as to Joe Ben Conley, heretofore filed in the above-styled cause, and for good cause shown, the Court is of the opinion that the motion should be and the same hereby is granted. It is, therefore,

CONSIDERED, ORDERED, ADJUDGED AND DECREED by the Court that said motion be and the same is hereby granted.

DONE this _____ day of August, 2006.

_____
UNITED STATES MAGISTRATE JUDGE